IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                           Criminal Action No.
                                                             24-00299-02-CR-W-BP

GARY DORCH,

          Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| | Count Three | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | Count Four | Conspiracy to Distribute Controlled Substances, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 |
| | Count Five | Distribution of Controlled Substances, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | Count Nine | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

**TRIAL COUNSEL**:
    Government: Jeff McCarther
        Case Agent: Special Agent Toby Gettler, ATF
    Defense: Sean Pickett

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 5 with stipulations; 8 without stipulations
    Defense: 3 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 50 exhibits
    Defense: no additional exhibits

**DEFENSES**:
    ( x )    defense of general denial

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial                         (   ) Possibly for trial
    (   ) Motion to continue to be filed       ( x ) Plea agreement has been worked out

**TRIAL TIME: 2-2 ½ days**
    Government's case including jury selection: 2 days
    Defense case: ½ day

**STIPULATIONS**:
    (   )    not likely
    (   )    not appropriate
    ( x )    proposed as to:
            ( x )    chemist's reports
            ( x )    prior felony conviction
            ( x )    interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: January 26, 2026
Defense: January 26, 2026
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: January 26, 2026
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: January 26, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing February 9, 2026
    **Please note**: *Defense counsel has another case on the February 2026 docket that is currently set for a change of plea, <u>USA v. Tara Huffman</u>, 24-00263-01-CR-W-BCW.*

**OTHER**:
    (   )    A _____-speaking interpreter is required.
    (   )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                                */s/ Jill A. Morris*
                                                                JILL A. MORRIS
                                                                 United States Magistrate Judge